

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-72,100-02

### EX PARTE JAMIE L. STEWART, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 12103A IN THE 21ST DISTRICT COURT
### FROM WASHINGTON COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of attempted capital murder and sentenced to fifty years' imprisonment. His conviction was affirmed by the Fourteenth Court of Appeals in *Stewart v. State*, No. 14-97-00568-CR (Tex. App.—Houston [14th Dist.] June 3, 1999)(not designated for publication).

On June 13, 2018, this Court remanded this application to the trial court for findings of fact and conclusions of law. On November 27, 2018, the trial court signed findings of fact and

conclusions of law that were based on the affidavit from trial counsel. The trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: January 9, 2019
Do not publish